IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| A1 QUALITY APPLIANCE, INC, an Idaho corporation,<br><br>    Plaintiff,<br>vs.<br><br>FOLSOM LAKE APPLIANCE, INC., a California corporation d/b/a LAKE APPLIANCE REPAIR, WILLIAM COOK, MICHAEL PETERS, BYRON HARTLETT, EVAN MCGONICAL, JOHN OR JANE DOES 1-10, XYZ CORPORATION 1-10,<br><br>    Defendants. | Cause No. 20:2-cv-00053-BMM-JTJ<br><br>**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO EXTEND DEADLINES** |

Upon reading and filing of Defendants' Unopposed Motion to Extend Deadlines and good cause appearing, IT IS HEREBY ORDERED that the following deadlines are extended in this matter.

| | |
|---|---|
| Expert designation deadlines | July 23, 2021 |
| Rebuttal designation deadlines | September 7, 2021 |
| Discovery deadline | November 19, 2021 |
| Pretrial Motions | November 15, 2021 |

Dated this 21st day of July, 2021.

_Brian Morris_

Brian Morris, Chief District Judge