IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| A1 QUALITY APPLIANCE, INC., an Idaho corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FOLSOM LAKE APPLIANCE, INC., a California corp. dba LAKE APPLIANCE REPAIR, et al.<br><br>Defendants. | No. CV-20-53-BU-BMM<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

The Court approves the Joint Stipulation for Dismissal with Prejudice submitted by Plaintiff A1 Quality Appliance, Inc. and Defendants Folsom Lake Appliance, Inc. dba Lake Appliance Repair, William Cook, Byron Hartlett and Evan McGonical. This matter is DISMISSED with prejudice, each party to bear its own fees and costs.

Dated this 11th day of October, 2022.

_____
Brian Morris, Chief District Judge
United States District Court